UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Benjamin Creel, ) | |
| ) | CIVIL ACTION NO: 4:14-cv-00206-RBH |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CONSENT ORDER** |
| ) | **OF REMAND** |
| Monumental Life Insurance Company, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

This matter is before the Court upon consent of all parties who request an Order remanding this action to the South Carolina Court of Common Pleas for Horry County. Upon consent of the parties and the request appearing reasonable to the Court;

**IT IS THERFORE ORDERED** that this case be **REMANDED** to the South Carolina Court of Common Pleas for Horry County with each party bearing its own costs. A certified copy of this Order of Remand shall be mailed by the Clerk of this Court to the Clerk of the Court of Common Pleas, Horry County, South Carolina.

**IT IS SO ORDERED.**

       s/ R. Bryan Harwell
       R. Bryan Harwell
       United States District Judge

January 30, 2014
Florence, South Carolina

[consent signatures on the following page]

WE CONSENT:

| STEVENS LAW FIRM, P.C. | TURNER, PADGET, GRAHAM & LANEY, P.A. |
|---|---|
| By: *s/ Natalie S. Stevens-Graziani* <br> Natalie S. Stevens-Graziani <br> Federal ID No.: 10600 <br> natalie@stevens-law-firm.com | By: *s/Arthur E. Justice, Jr.* <br> Arthur E. Justice, Jr. <br> Federal ID No.: 2261 <br> ajustice@turnerpadget.com |
| James P. Stevens, Jr., Esquire <br> Federal ID No.: 4307 <br> jim@stevens-law-firm.com | J. Jakob Kennedy <br> Federal ID No.: 9525 <br> jkennedy@turnerpadget.com |
| Post Office Drawer 127 <br> Loris, South Carolina 29569-0127 <br> (843) 756-7652 | 319 South Irby Street <br> Florence, South Carolina 29501 <br> (843) 662-9008 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
| January 27, 2014 | January 27, 2014 |